■ FILIPPO PINO et al., Respondents, v KURT HARNISCHFEGER, Also Known as KURT H. HARNISCHFEGER, Individually and Doing Business as JACOBSON DEVELOPMENT, Also Known as JACOBSEN DEVELOPMENT, Defendant, and DDS ENGINEERS, LLP, Appellant. (Appeal No. 2.) [838 NYS2d 798]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 12, 2006. The order, among other things, granted that part of plaintiffs' motion to vacate and cancel the mechanic's lien filed by defendant DDS Engineers, LLP and directed the County Clerk to vacate and cancel that lien.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Pino v Harnischfeger* (42 AD3d 980 [2007]). Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ FILIPPO PINO et al., Respondents, v KURT HARNISCHFEGER, Also Known as KURT H. HARNISCHFEGER, Individually and Doing Business as JACOBSON DEVELOPMENT, Also Known as JACOBSEN DEVELOPMENT, Defendant, and DDS ENGINEERS, LLP, Appellant. (Appeal No. 3.) [838 NYS2d 795]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 2, 2006. The order, among other things, denied the motion of defendant DDS Engineers, LLP for reargument/renewal and granted plaintiffs' cross motion to dismiss that defendant's counterclaim and to cancel the notice of pendency filed by that defendant.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs.

Same memorandum as in *Pino v Harnischfeger* (42 AD3d 980 [2007]). Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.